# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAD BARJES,<br><br>    Plaintiff,<br>vs.<br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security; et al.,<br><br>    Defendants. | CASE NO. 06cv2758 JM(CAB)<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

Defendants move to dismiss Plaintiff's complaint to compel Defendants to adjudicate his application for naturalization. The court denies the motion to dismiss as moot because, on March 22, 2007, Plaintiff filed a First Amended Complaint.

In sum, the motion to dismiss is denied as moot.

**IT IS SO ORDERED.**

DATED: March 23, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

06cv2758