1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| SAD BARJES, | CASE NO. 06cv2758 JM(CAB) |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO REMAND TO USCIS |
| vs. | |
| MICHAEL CHERTOFF, | |
| Defendant. | |

For good cause shown, the court grants the joint motion to remand this action to United States Citizenship and Immigration Service. The Clerk of Court is instructed to close the file in this case.

**IT IS SO ORDERED.**

DATED: May 29, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

06cv2758